UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTICOR INC., a Michigan corporation,
AMWAY CORPORATION, a Delaware
corporation, and QUIXTAR INC., a Virginia
corporation,

        Plaintiffs and Counterdefendants,

v.

NCR CORPORATION, a Maryland corporation,

        Defendant and Counterclaimant.

Case No.  1:07 CV 0262

Judge:  Richard Alan Enslen

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiffs and Counterdefendants Alticor Inc., Amway Corporation, and Quixtar Inc. (collectively, "A/A/Q"), and Defendant and Counterclaimant NCR Corporation ("NCR"), by and through their respective counsel, and hereby stipulate that:

1. On or about March 16, 2007, A/A/Q filed their Complaint in this action asserting claims against NCR;

2. On or about May 14, 2007, NCR filed an Answer and Counterclaims against A/A/Q;

3. On or about January 17, 2008, this action was consolidated with a related action bearing docket number 1:07 CV 0487, for which a separate Stipulation and [Proposed] Order of Dismissal is being contemporaneously submitted;

4. Because the parties reached a settlement in this action on or about January 17, 2008, A/A/Q hereby dismiss their claims against NCR with prejudice and NCR hereby dismisses its counterclaims against A/A/Q with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

5. Each party will bear its own legal expenses, including without limitation attorneys' fees and costs.

Therefore, the parties have executed this stipulation to seek jointly an order from this Court dismissing the above-captioned action in its entirety, with prejudice.

Pursuant to the above, the parties respectfully request that the Court enter an order on the terms agreed to herein.

Dated April 22, 2008                    Dated April 22, 2008

_Jason C. White/by CRMichel,_           _CRMichel_
_with permission_

James R. Sobieraj                        Paul R. Gupta
Ralph J. Gabric                          Clifford R. Michel
Jason C. White                           ORRICK, HERRINGTON & SUTCLIFFE LLP
Manish Mehta                             666 Fifth Avenue
BRINKS HOFER GILSON & LIONE              New York, NY  10103
NBC Tower                                Tel:  212-506-5000
455 Cityfront Plaza Drive, Suite 3600    Fax:  212-506-5151
Chicago, IL  60611                       pgupta@orrick.com
Tel:  312-321-4200                       cmichel@orrick.com
Fax:  312-321-4299
jsobieraj@usebrinks.com
rgabric@usebrinks.com
jwhite@usebrinks.com
mmehta@usebrinks.com


Albertus Hultink                         Patrick F. Geary
Catherine Lynem                          SMITH HAUGHEY RICE & ROEGGE
ALTICOR INC.                             200 Calder Plaza Building
7575 Fulton Street East                  250 Monroe Avenue N.W.
Ada, MI  49355-0001                      Grand Rapids, MI  49503-2251
Tel:  616-787-6000                       Tel:  616-774-8000
Fax:  616-787-9027                       Fax:  616-774-2461
albertus.hultink@alticor.com             pgeary@shrr.com
catherine.lynem@alticor.com


Attorneys for Plaintiffs and             Attorneys for Defendant and Counterclaimant
Counterdefendants                        NCR CORPORATION
ALTICOR INC., AMWAY
CORPORATION, AND QUIXTAR INC.


**SO ORDERED**:


_____
The Honorable Richard Alan Enslen
United States District Court Judge


April __, 2008