UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALTICOR INC., a Michigan corporation, AMWAY CORPORATION, a Delaware corporation, and QUIXTAR INC., a Virginia corporation,<br><br>    Plaintiffs and Counterdefendants,<br>v.<br><br>NCR CORPORATION, a Maryland corporation,<br><br>    Defendant and Counterclaimant. | Case No. 1:07 CV 0262<br><br>Judge: Richard Alan Enslen<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    NOW COME Plaintiffs and Counterdefendants Alticor Inc., Amway Corporation, and Quixtar Inc. (collectively, "A/A/Q"), and Defendant and Counterclaimant NCR Corporation ("NCR"), by and through their respective counsel, and hereby stipulate that:

1. On or about March 16, 2007, A/A/Q filed their Complaint in this action asserting claims against NCR;

2. On or about May 14, 2007, NCR filed an Answer and Counterclaims against A/A/Q;

3. On or about January 17, 2008, this action was consolidated with a related action bearing docket number 1:07 CV 0487, for which a separate Stipulation and [Proposed] Order of Dismissal is being contemporaneously submitted;

4. Because the parties reached a settlement in this action on or about January 17, 2008, A/A/Q hereby dismiss their claims against NCR with prejudice and NCR hereby dismisses its counterclaims against A/A/Q with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

5. Each party will bear its own legal expenses, including without limitation attorneys' fees and costs.

    Therefore, the parties have executed this stipulation to seek jointly an order from this Court dismissing the above-captioned action in its entirety, with prejudice.

Pursuant to the above, the parties respectfully request that the Court enter an order on the terms agreed to herein.

Dated April 22, 2008

_____
Jason C. White/by CMichel
with permission
James R. Sobieraj
Ralph J. Gabric
Jason C. White
Manish Mehta
BRINKS HOFER GILSON & LIONE
NBC Tower
455 Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Tel: 312-321-4200
Fax: 312-321-4299
jsobieraj@usebrinks.com
rgabric@usebrinks.com
jwhite@usebrinks.com
mmehta@usebrinks.com

Albertus Hultink
Catherine Lynem
ALTICOR INC.
7575 Fulton Street East
Ada, MI 49355-0001
Tel: 616-787-6000
Fax: 616-787-9027
albertus.hultink@alticor.com
catherine.lynem@alticor.com

Attorneys for Plaintiffs and
Counterdefendants
ALTICOR INC., AMWAY
CORPORATION, AND QUIXTAR INC.

Dated April 22, 2008

_____
Paul R. Gupta
Clifford R. Michel
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Tel: 212-506-5000
Fax: 212-506-5151
pgupta@orrick.com
cmichel@orrick.com

Patrick F. Geary
SMITH HAUGHEY RICE & ROEGGE
200 Calder Plaza Building
250 Monroe Avenue N.W.
Grand Rapids, MI 49503-2251
Tel: 616-774-8000
Fax: 616-774-2461
pgeary@shrr.com

Attorneys for Defendant and Counterclaimant
NCR CORPORATION

**SO ORDERED**:

/s/ Richard Alan Enslen
_____
The Honorable Richard Alan Enslen
United States District Court Judge

April 24, 2008